UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04CR10045-DPW |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| LOUIS RAMIREZ, | ) | 21 U.S.C. § 846-- |
| A/K/A "KING LITTLE PSYCHO" | ) | Conspiracy To Distribute |
| | ) | Cocaine Base |
| | ) | |
| | ) | 21 U.S.C. § 841(a-- |
| | ) | Distribution Of Cocaine |
| | ) | Base |
| | ) | |
| | ) | 21 U.S.C. § 841(a-- |
| | ) | Distribution Of Cocaine |
| | ) | |
| | ) | 18 U.S.C. § 2-- |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853-- |
| | ) | Criminal Forfeiture |
| | ) | Allegation |

INDICTMENT

COUNT ONE:   (21 U.S.C. § 846--Conspiracy to Distribute Cocaine Base and Cocaine)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by on or about May 2, 2003, and continuing thereafter until at least May 7, 2003, at Lawrence and elsewhere in the District of Massachusetts,

LOUIS RAMIREZ, A/K/A "KING LITTLE PSYCHO",

the defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with persons unknown to the Grand Jury, to possess with intent to distribute, and to

1

distribute, cocaine base, also known as "crack cocaine," and cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine)

The Grand Jury further charges that:

   On or about May 2, 2003, at Lawrence, in the District of Massachusetts,

   **LOUIS RAMIREZ, AKA "KING LITTLE PSYCHO"**,

the defendant herein, knowingly and intentionally distributed cocaine, a Schedule II controlled substances.

   All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:**     (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine
                      Base; 18 U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about May 7, 2003, at Lawrence, in the District of Massachusetts,

**LOUIS RAMIREZ, AKA "KING LITTLE PSYCHO",**

the defendant herein, knowingly and intentionally possessed with intent to distribute, and distributed, cocaine base, also known as "crack," a Schedule I controlled substances.

The Grand Jury further alleges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 3 of this Indictment,

**LOUIS RAMIREZ, AKA "KING LITTLE PSYCHO"**,

the defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
PETER K. LEVITT
ASSISTANT U.S. ATTORNEYS

DISTRICT OF MASSACHUSETTS; Feb. 19 2004 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK      12:19 P

-7-