UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Number: 04-10045-DPW |
| ) | |
| v. ) | |
| ) | |
| ) | |
| LOUIS RAMIREZ ) | |
| a/k/a "KING LITTLE PSYCHO" ) | |
| ) | |
| ) | |

## WAIVER

I, LOUIS RAMIREZ, fully understand that a federal detainer arising out of <u>United States v. Louis Ramirez</u>, Criminal No. 04-10045-DPW, was placed against me at the Essex County House of Corrections at Middleton, and said detainer remains on file at that institution. I also fully understand that I am now a sentenced prisoner, serving a prison sentence imposed upon me by a state court in Massachusetts.

I understand that in these circumstances, I have certain rights under the Interstate Agreement on Detainers with respect to the federal court securing my presence for proceedings on the above-styled federal indictment.

I have discussed this matter fully with my attorney and after having such discussion, I hereby voluntarily waive any rights I might have under the Interstate Agreement on Detainers with respect to any proceedings in this case, <u>United States v. Louis Ramirez</u>, Criminal No. 04-10045-DPW, and I further voluntarily consent to the federal court issuing Writs of Habeas Corpus Ad Prosequendum whenever my presence is needed in federal court, and voluntarily consent to be

1

returned to state custody after each proceeding at which my presence was achieved through a Federal Writ of Habeas Corpus Ad Prosequendum.

Signed in Boston, Massachusetts.

_____
Louis Ramirez, defendant

February 26, 2004


*Witnessed by:*

_____
Benjamin D. Entine, Esq.

Attorney for the Defendant

February 26, 2004

2