UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.    )<br>)<br>)<br>)<br>LOUIS RAMIREZ A/K/A )<br>"KING LITTLE PSYCHO"  )<br>) | Criminal No. 04-10045-DPW |

NOTICE OF INITIAL STATUS CONFERENCE
February 26, 2004

SWARTWOOD, M.J.

1.  <u>Unless counsel inform the Court in a Joint Memorandum in accordance with LR 116.5(C) on or before Friday, April 2, 2004 that there is no need for an initial status conference, such a conference will be held before Chief Magistrate Judge Bowler on Wednesday, April 7, 2004, at 2:15 p.m., in Courtroom No. 25 on the Seventh Floor, United States District Court, Boston, MA.</u> [1]

2.  <u>ORIGINALS OF ALL MOTIONS, MEMORANDUMS, PLEADINGS, ETC. MUST BE FILED WITH THE COURT (INCLUDING ELECTRONIC FILING).</u> **NEITHER FAXES NOR E-MAIL FILINGS WILL BE ACCEPTED**.

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43, F.R. Crim. P., defendants in custody will **not** be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference, See 43(c)(3), F.R. Crim. P.