(14)                                    (Class Topic)

## CONVICT'S CODE OF CONDUCT

Being a LATIN KING means you must be prepared for all situations, including the possibility of arrest for accusations by the Commonwealth for illegal activity. One of the most democratic and fair constitutions can be found right here in the United States. Although the U.S.'s laws are fair enough, who interprets them seems to be the fault of this country's judicial system. Statistics by unbiased sociologists show the fact that there is a fault in how the government interprets true justice. For this reason, the Convict's Code has been added to this book.

### THINGS YOU SHOULD KNOW

1. When you are being arrested the only thing you have to answer is who you are and that can be resolved by showing them your identification card.

2. Studies of justice handled with people of color who have been arrested shows that talking with any sort of government official can only worsen a situation that you may be involved with in that moment. "YOU HAVE A <u>RIGHT</u> TO REMAIN SILENT" (Miranda rights), so it would be best in a situation where you are confronted with police authorities to wait for a consultation with your lawyer, before attempting to clear your name from any particular case or cases. <u>THOUSANDS!!!!</u> of brothers and sisters are doing alot of prison time for not abiding by these rights and have become victims of their own signed statements. Any good lawyer will tell you this.

3. It has been known to a great many brothers and sisters, the foul coercement of suspects by police staff and district

(15) (Cont, Class Topic)

attorneys. Techniques such as divide and conquer (ie... It's best to protect yourself from your co-defendant 'cause he's already written a statement against you, or they'll say "you better talk to us now and it will be easier for you at the end, I promise just write a statement and you'll be alright"). If you have talked to police or signed any statements, in the end the only people it will come out easier for are the officers, it will be easier to convict you!! Don't fall into any of their tricks, no matter how bad it may seem for you. Wait for your lawyer to consult with. If you don't have a lawyer, don't worry the Commonwealth has to provide a lawyer for you. It's better to wait three days in jail for your lawyer, than spend <u>5 years or life imprisonment for stupidity!</u> Better safe than sorry.

### LAWYERS

4. When it comes to receiving a lawyer, it is best to find a privately-paid lawyer. Your chapter's job is to check out a lawyer that is qualified to represent earnestly and capably any and all members of the A.L.K.N. You must be careful as to your choice because there are lawyers who can and will sell you out for monetary goods, favors to the government, or political reasons. By asking your lawyer how many victories he has won against the Commonwealth and if he has proof of these victories, you are being alert. In case your chapter cannot afford to help you pay for the the cost of a private lawyer ( if the chapter has been established for more than two years, then this should be an embarrassment) then a lawyer provided by the government shall be provided for you. This lawyer is titled PUBLIC DEFENDER.

(16) (Cont. Class Topic)

Although you should never put your full trust in a private lawyer, you should be even more wary of the public defender because that lawyer is working for the same government, who is trying to put you behind bars-- the Commonwealth of Massachusetts. You must be wary that your particular public defender is not looking to hurt your case as opposed to helping it. To be frank, whether a lawyer is public or private, you must never rest your fate in another person's hand. Be involved with your case. Make sure you ask your lawyer for your "<u>Grand Jury Minutes</u>" <u>and</u> any or all <u>statements</u> and <u>summary statements</u>, as well as <u>police reports</u> that are written against you. Don't take <u>no</u> for an answer. Doing the things, aforementioned, will keep you abreast with your case. Therefore, you are prepared. Remember that you are the one who may end up incarcerated, not your lawyer.

<u>CERTAIN RULES TO BE KNOWN IN MASS. PRISONS</u>

1. Never get into any friendly conversations with any correctional staff.
2. Never look into anyone else's cell.
3. Never accept gifts from a prisoner whom you do not really know. (if it could prove an ugly situation)
4. Never associate with "Situational Homosexuals."
5. Never make any loud noises especially after 10:00 p.m.
6. Never sleep or rest with your cell door open.
7. Never walk with sandals in the block or pod.
8. Never associate yourself with anyone or anything having to do with protective custody (P.C.)
9. Never associate with Skinners (rapists) or Diddlers (child molesters).

(17)          (Cont, Class Topic)

10. Never engage in any physical games.

11. Never use derogatory statements about anyone's racial attributes.

)                              (18)                                    (PV-I)

## PROCEDURES FOR VIOLATION

NAME OF MEMBER_____DATE_____

TYPE OF VIOLATION_____

_____

_____

NAME OF ACCUSER_____

CROWN/COUNSEL HEARING DATE_____PLACE_____TIME_____

LOCAL CROWN MEMBERS PRESENT   1._____

2._____ 3._____

4._____ 5._____

COUNSEL MEMBERS PRESENT       1._____

2._____ 3._____

4._____ 5._____

6._____ 7._____

VERSION OF THE ACCUSED_____

_____

_____

_____

IF YOU NEED MORE SPACE, PLEASE USE REVERSE SIDE.

WITNESSES (IF ANY)  1._____ 2._____

CROWN COUNSEL CHAIRMAN/LOCAL CROWN DISPOSITION_____

_____

_____

_____

NOTE: ONCE COMPLETED THIS MUST BE
FILED WITH THE SECRETARY FOR RECORDS       _____
PURPOSE.                                   LOCAL INCA SIGNATURE/DATE

(19)  (IN-I)

INVESTIGATION NOTICE

TO: _____

FROM: _____

RE: REQUEST FOR STATEMENT

By the power of the MASS. STATE 'LAS CORONAS' and in compliance with the MANIFESTO/CONSTITUTION, IT IS hereby requested that the above named member submit a complete written statement of his or version of the event charged below. You must send your statement to the undersigned designated officer within (15) fifteen working days from the above date. After all statements have been thoroughly investigated by the undersigned, a final and official decision will be made by the respective local or state officials and copies of disposition shall be sent to every member involved and also to the local crown.

CHARGED ALLEGED: _____

_____

_____

_____

_____

_____

_____  _____
DESIGNATED OFFICER           DESIGNATED OFFICER
MASS. STATE A.L.K.O.N        MASS. STATE A.L.K.O.N.

(20)                                                                      (EV-I)

## MASS. STATE LAS CORONAS

TO: _____

FROM:   MASS. LAS CORONAS

SUBJECT:   FINAL DECISION

### (EXECUTIVE ORDER)

It is hereby ordered that in accordance with the Manifesto/ constitution of the ALMIGHTY LATIN KING NATION, and all of its applicable sections, the above named _____ is hereby _____ for the below listed findings. A complete investigation has been conducted by the MASS. LAS CORONAS in the matter of _____ that occurred on ___/___/___ and this MASS. LAS CORONAS order shall serve as our final decision in the matter.

FINDINGS: _____
_____
_____
_____

FINAL DECISION: _____
_____

VIOLATION (IF ANY) CHARGED: _____
_____

A.L.K.N. MANIFESTO/CONSTITUTION SECTION VIOLATED (IF ANY): _____
_____

A copy of this order is hereby sent to the _____ local crown on this date ___/___/___ and sahll be enforced immediately therein

Case 1:04-cr-10045-DPW    Document 12-3    Filed 02/24/2004    Page 8 of 20

(CONT, EV-I)

---
SHAHID MALIK
MASS. STATE INCA 'LAS CORONA'
ALMIGHTY LATIN KING NATION

---
CHINO COLLAZO
MASS. STATE CASIQUE 'LAS CORONAS
ALMIGHTY LATIN KING NATION

(EO-1)

(21)                                           (FF-1)

## FUNERAL ARRANGEMENTS

NAME OF DECEASED_____ FUNERAL DATE ___/___/___

FUNERAL HOME_____ PHONE#(   )_____

ADDRESS_____ CITY_____ STATE___ ZIP_____

CEMETERY_____ PLOT #_____

BURIAL DATE ___/___/___          TIME ___/___ a.m or p.m

CREMATION DATE ___/___/___       TIME ___/___ a.m or p.m

ASHES GIVEN TO _____ RELATION_____

       (complete name)

LOCATION OF ASHES IF SCATTERED _____

LATIN KING GRAVESTONE TO BE PLACED BY _____

                       L.K. CHAPTER

ARRANGEMENTS SECURED BY _____

               LATIN KING TESORERO

COST OF L.K. GRAVESTONE $_____ DATE L.K. STONE PLACED ___/___/

                     _____
                      TESORERO SIGNATURE

NOTE: To be given to the secretary for filing after completely filled out.

(22)                    (Amendment XI-CE-1)

## HOW TO ESTABLISH A CHAPTER OF THE A.L.K.N. IN MASSACHUSETTS

The establishment of a chapter is a happy moment for the entire family of the ALMIGHTY LATIN KING NATION. It is a sign of positive growth and a light of hope for the lost brothers and sisters in that particular community. An individual or group of individuals who strive to make this nation grow for the sake of liberation should be commended for their ambition. Yet, there are indeed some things that members should know before striving to make this nation grow. The first page of our MANIFESTO states the following: "He who does not know, and does not know that he does not know, is a fool...Avoid him! (Confucian). When a member decides (or a group of members) to open a chapter for the good of the nation, then it should be a given that this individual(s) have acquired a substantial amount of knowledge, experience, understanding, strength, leadership capabilities, and are well on their way to acheiving 360* (degrees) of strong King Wisdom. If you are still in the "Primitive" or Conservative" stage, then it is truly impossible for you to lead others to the full extent that is needed when directing a chapter. An experienced person, well into the "New King Stage" is needed for such a mission. If you have not achieved the aforementioned qualities required to become a leader or officer in this nation, how then can you dare to decide to open up a chapter. To avoid disorganization and confusion, as well as renegade chapters the following shall be amended: No member is to open any chapter in any

(23)                    (Amendment XI-CE-II)

city without a written and signed <u>EXECUTIVE ORDER FORM</u> (EO-I) (pge 16) filled out and signed by the Mass. State Las Coronas Inca (Brother Shahid Malik). No Local Crown has the authority to authorize an opening of a chapter. The process of opening a chapter goes as follows: The nearest chapter Local Inca shall formally request in written form that a qualified member or members would like to open a chapter. After these qualified members (whose names and their whereabouts should be included in the written request) are approved by the Mass. State Las Coronas, you shall await the <u>EXECUTIVE ORDER FORM.</u> YOU SHOULD NOT PROCEED IN OPENING A CHAPTER UNLESS YOU HAVE THE REQUIRED WRITTEN AND SIGNED FORMS. Any individual who illegally sets up an unauthorized chapter of the ALMIGHTY LATIN KING NATION is in a <u>major</u> violation. Any member or Local Crown who establishes such a chapter shall be immediately suspended and tried under the CONSTITUTION procedures. Any member who sees an unfamiliar chapter, it is your duty to inform said chapter that they are in violation of an amendment of the A.L.K.N. and should immediately report to the nearest legitimate Local Chapter for further instructions. If the violating chapter ignores your advice then inform the surrounding chapters of the unauthorized chapter's disrespect. It is then the responsibility of the legitimate Local Chapter to inform the Mass. Las Coronas and await further instructions in response to the unauthorized chapter's disrespect. Your attention to this matter will be greatly appreciated.

(24)                    (Amendment XI-CE-III)

<u>(CONT. ESTABLISHING A CHAPTER)</u>

<u>Chicago Nation Las Coronas</u>
Chicago, Illinois
Almighty Latin King Nation

<u>Brother Shahid Malik L.K.</u>
Mass. State Las Coronas (Inca)
Almighty Latin King Nation

<u>BEHOLD LATIN KING</u>

(25)                    (Class Topic)

TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS

SOCIAL STRUCTURE

Achieved Status- A social status that is attained through personal effort. (compared to ascribed status.

Demography- The study of population characteristics and how they change over time and vary from society to society.

Interpersonal Relations- Relationships based on direct interactions between individuals which may consist of competition, cooperation, conflict, and/or exchange.

Master Status- A social position that tends to override everything else the person is or does.

Macrosociology- The analysis of large scale social organization and long-term social processes. (compare Microsociology)

Microsociology- The detailed, moment to moment analysis of everyday behavior and real life interaction.

Network- A web of social relationships that connect people or organizations to eachother, directly or indirectly.

Social Institutions- A relatively stable set of norms and values, statuses and roles, groups and organizations that provide a structure for behavior in a particular area of social life.

(26)                                                          (Class Topic)

*(CONT, TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)*

### SOCIAL BEHAVIOR

| | |
|---|---|
| Anomie- | A condition of normallessness or loss of accepted social rules in society. |
| Conformists- | Merton's term for people who accept both the goal their culture holds out as desirable and the approved means of attaining them, whatever the consequences. |
| Deviance- | Behavior that violates widely held norms. |
| Labeling-Theory | The view that deviant behavior is an interactive process whereby a society or a group within society, defines certain behavior as deviant and then treats them as outcasts. |
| Inovators- | Merton's term for people who are determined to achieve conventional goals, but are willing to use unconventional means. |
| Differential-Associations | Sutherland's term for the learning of criminal or violent behavior through exposure to predominantly pro-criminal norms and values or to situations that reward criminal behavior. |
| Informal Social-Controls | Subtle, unofficial pressures to conform to society's norms and values. |
| Collectivist-Organization | A non-bureaucratic organization in which authority is shared and rules are subject to negotiation. |

(27)                              (Class Topic)

(CONT. TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)

| | |
|---|---|
| Dyad- | A two person group. |
| Total-Institution | An extreme form of formal organization that requires that individuals surrender their autonomy. |
| Altruistic-Suicide | Suicide, that in Durkheim's view, results from a strong attachment to a group or community. |
| Self-Fulfilling-Prophecy | A false belief that influences behavior in such a way that the false prophecy comes true. |
| Agents of-Socialization | An individual, group, or organization that influences a person's belief in one's self and a person's behavior. |
| Self- | The individual's sense of identity or Who am I? |
| Democracy- | A political system based on popular participation in the decision-making process, or rule by the people. |
| Protest-Movements | A grass-roots effort to change established policies and practices. |
| Nativism- | The view that american institutions must be protected from immigrant influences: "America for Americans".) |
| Genocide- | The systematic attempt to murder members of a social or ethnic group. |
| Majority group- | A category of people who have gained a dominant position in society and guard their power and |

(28)                              (Class Topic)

(CONT. TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)

|  |  |
|---|---|
|  | position, excluding others from their ranks. |
| Minority-Group | A category of people whose members are disadvantaged, held in low esteem, excluded from social positions, and conscious of being "A people apart." |
| Racism- | The belief that a group considered a social group is innately inferior and that this justifies discrimination against and the exploitation of members of that race. |
| Organized-Crime | Organizations that exist primarily to provide and profit from illegal goods and services. |
| Retreatist- | Merton's term for people who have given up both on goals and the means for attaining them. |
| Ritualists- | Merton's term for people who are so compulsive about following social rules that they lose sight of their goals. |
| White Collar-Crimes | Individuals and corporations engaged in otherwise legitimate businesses, who either conduct business by illegal means or take illegal personal profits at the expense of their employers, customers, or government. |
| Cultural-Relativism | The view that a culture must be understood in terms of its own values and meanings. |
| Ethnocentrism- | The tendency to evaluate other cultures in terms of one's own and to conclude that the other |

(29) (Class Topics)

<u>(CONT, TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)</u>

Counterculture- A subculture that actively opposes the values and practices of the specific society.

Mores- Norms that are sacred, so that violation is unthinkable.

(30) (Class Topic)

## THE SUPPORT OF BROTHERS ANS SISTERS IN PRISON

As an Almighty Latin King Nation, we must realize that we as a people are oppressed. The question we need to ask is who is oppressing us, why do they oppress us, and how do we escape this stagnant plight? A bit of the solution is the determination to educate oneself about the answers to the stated questions. The concern in this letter is to speak of an issue which affects thousands of our brothers and sisters. The prison system in this era is a system that true indeed holds many of our people as political prisoners. There is enough evidence shown by observing a count procession against any given ALANA (Asian, Latino, African, Native American) individual, especially one that has a jury board. Although there is no doubt that some of our people who stnad trial have committed an offensive act, many thousands go through this judicial system which breeds racism, discrimination, and euro-nativism, thereby not receiving a fair trial as guaranteed in our statutory rights. There are many reasons why our people find themselves in legal binds, yet the facts can easily show that most of the time, we end up dealing with unfair decisions given out by a biased jury or judge. Under the laws of the Constitution these victims of an unjust judicial system should be freed from their prison. Unfortunately, reality deems quite the contrary. As a nation who prides itself as the servants of the third world community, let us take into account that there are brothers and sisters who find themselves incarcerated, feeling lost and without hope. Make the effort to comfort those

(31)    (Class Topic)

(CONT, THE SUPPORT OF BROTHERS AND SISTERS IN PRISON

brothers and sisters by writing to them, setting up an emergency fund for those members in the nation, who find themselves in a financial bind, whether in the prison or whether the family of the incarcerated are in time of need. It is important that we do not practice out of sight out of mind. The above stated should give you a perspective as to how to go about caring for those brothers and sisters. May we hope that this advice is taken into serious consideration. It would be a shame to not receive in the State of The Nation Reports every chapters effort to care for our members in prison and those oppressed brothers and sisters who we are a guiding light to.

(32)                                    (Amendment XIII-9-1)

<u>Importance of Brothers/Sisters to Attend Jury Duty</u>

In 1988, the Hon. Justice, Liacos, of the Commonwealth's Supreme Judicial Court, ordered that a "Commission to Study Racial and Ethnic Bias in the Courts," be enacted. Judge Liacos felt such a response was necessary due to questionable actions by the Commonwealth's judicial servants. The aforementioned commission issued a report in 1994, in response to the Hon. Liacos' order. The report admitted that during their investigations, there were many unfair issues against people of Color. In one instance, they addressed many cities and towns use of ineffective procedures for compiling jury lists. The fact of the matter is that when people of Color are submitted to jury trials, more times than less, they are faced with jurors who are not their peers. (A right guaranteed by the Constitution.)

Because of the compiled ineffective efforts between the Commonwealth Justic System and ALANA (Asian, Lationo, African, Native American) citizens, many of our ALANA Brothers and Sisters face unfair verdicts and unfair sentencing structures. Being Nation Men and Women, we have an irrevocable duty to support and participate in all issues that help uplift and progress oppressed people. As a Nation Man who has experienced living in impoverished ALANA communities, I know that said communities in majority, do not make attending jury duty an obligation. Although the A.L.K.N. does not fully support a government that works against its people for intended or unintended reasons. (We are