(33) (Cont, Amendment XIII-J-1)

partial to the former). It is not treason to work with the system when progress is attainable; It is treason to support any specific program within the s stem that would stagnate, destroy or further the stagnation of our oppressed Brothers and Sisters. That is why this Amendment shall be enacted. As long as you are a Nation man or woman, you have an obligation to attend jury duty, for the sake of improving an ALANA defendants chances of a fair trial. Too many of our brothers and sisters become victims of vengeful, racially biased, and non-peer jurors. If we do nothing to improve their dilemma, then such would be the same as oppressing our own people.

Therefore, the following Amendment shall be enacted as legitimate A.L.K.N. Mass. rule, subject to disciplinary action if disobeyed:

I. All members of the A.L.K.N. who fall under Mass. Commonwealth legal qualifications for jury standards shall sign up and participate as members for jury pools.

II. All A.L.K.N. members who find themselves participating in sequestered or complicated jury pools shall not sucuumb to pressures of the majority, when your belief in a defendant's innocence is absolute. In many cases, you find that the minority decision in a jury can sometimes be contaminated by the pressures of the majority. Do not let this happen to you.

III. All Local officers shall enforce this mandate by order

of Mass. Las Coronas.

___/___/___ ____________________
Date

Brother Shahid Malik
Ma. Founding Father
Ma. Las Coronas Inca

Note:

Those participating in jury duty are financially reimbursed, as well, your employers are legally bound to accept your absence from work to attend jury duty.

(35) (Amendment Pos ___-___)

To: All Members Date: 08/08/95

From: Lord Grim MA. Supreme Crown Inca (EFF)

Re: Amending Positions, Adaptive Positions, Explaining Chain of Command (COC)

To all Latin King Members of the MA. A.L.K.O.N., I greet you with my fist upon my heart as a representation of willingness to sacrifice all for the nation. The following Amendments are explained, issued or adapted due to agreed implementations of the MA. Las Coronas A.K.A. Supreme Crown:

1. That Gumercindo Vargas inherits the MA. Las Coronas Enforcador position A.K.A. Supreme Crown Enforcador.
2. That due to the abnormal structure of Lord Grim's sentence and his feeling that the highest position should be able to walk and direct freely from the outside community, King Wizard, upon returning from his obligation in FLA, shall inherit the position of MA. Las Coronas Inca A.K.A. Supreme Crown Inca, under the agreements and conditions stipulated in the "Contract of Honor".
3. That upon King Wizard's inheritance of Supreme Crown Inca, Lord Grim rightfully inherits the position of Supreme Crown Casique (in conjunction with E.F.F.).
4. That due to a major change of D.O.C. Protocol, A supervisory squad known as the "Regional Commanders" will be created for the purpose of helping direct the "Capitulos de atras de las Rejas". It will consist of (3)three members whom will be of equal rank to each other and function under the Authority of S.C.I., S.C.C. and S.C.E. (S.C.S. and S.C.T., as well)

4, Cont. The function of the Regional Coommanders (R.C's) is to help in supervising all "Capitulos de Arras de Las Rejas". They will be responsible for collecting and revising "S.O.N.R's" before they are submitted to S.C.I. and S.C.C. In as well, they will serve as the first chain of command, the Local Incas must go to in order to request, submit or propose anything. The R.C's will review and are allowed to give executive dispositions of a reasonable nature. They are not to make decisions of stipulating alliances without the approval of S.C.I., S.C.C. and S.C.E. The following members have been awarded the positions: King Showtime, King Showbiz and the last one is undecided, as of yet. <u>All information that goes through the R.C.'s must be submitted to the Supreme Crown Inca and Casique.</u> R.C.'s shall be responsible to making a <u>monthly</u> "S.O.N.R. One copy for the S.C.I. and one, for the S.C.C. Suggestions, proposals, and ideas should be added in the "S.O.N.R." This responsibility is separate from the responsibility of collecting S.O.N.R's from every "Capitulo de Arras de Las Rejas".

5. Supreme Crowns are not to interfere with the normal direction of whatever chapter they reside in. That responsibility is left in the hands of the Local Inca, et AL..
They intervene only when they feel it's absolutely necessary, otherwise, let the local Crowns and officers handle theirs. Also, S.C.E. <u>must</u> inform S.C.C. of any decisions he has made so that S.C.C. may inform S.C.I.

5, Cont. and all three are aware and vice versa.

6. For those of you who are confused as to who are members of Las Coronas MA. (A.K.A. Supreme Crowns) and how many there are, the following should answer your question:
The MA. Las Coronas or Supreme Crown consists of 7 members. Their function is quite apparent in our King Manifesto Constitution.
The seven positions consist of two Executive Founding Fathers and five Executive Coronas.
The first of these is the Supreme Crown Inca.
The second of these is the Supreme Crown Casique.
The third of these is the Supreme Crown Encorcador.
The fourth of these is the Supreme Crown Secretario(a).
The fifth of these is the Supreme Crown Tesorero.
The sixth of these is the Executive Founding Father.
The seventh of these is the Executive Founding Father.
The Executive Founding Fathers intervene when one or more of the Supreme Crowns are unavailable at the time when an important decision is needed, they shall substitute. They are also bound by duties stipulated in the "Contract of Honor".

7. In the only form a member of "Las Coronas" can be ousted is if they are convicted of a major crime against King Manifesto Law. (ie...rape, snitching, etc..) Otherwise these positions, as stated in the King Manifesto Constitution are indefinite.

I do hope you questions have been answered. So it is written, so

(38) (Cont, Amend Pos ___/___/___)

shall it be added as an amendment in the MA. Policy Book. Amor de Las Coronas.

Affirmed by: King Wizard
MA. Supreme Crown Casique
ALKON 8/8/95

Affirmed by: Lord Grim
MA. Supreme Crown Inca
(E.F.F.) ALKON 8/8/95

HISTORY OF THE FOUNDING OF THE MA. A.L.K.O.N.

This topic has been created to inform the Nation Members of the founding of the Almighty Latin King Organization Nation, in Mass., and those who were an important and integral part in establishing our righteous and revolutionary organization. May it be remembered for the positive of its past lessons, in as well as the negative occurrences. It is only in the true interpretation of history that we can learn to promote or prevent (whichever is appropriate) its repetition.

It was in February of 1992, that a group known as the Almighty Latin Kings Nation took an interest in setting up a chapter of "Nation Men" in Massachusetts. After various meetings with, then New Haven, CT's "Latin Kings President" (a sister by the name of Maria 'Cheena" Vidro), a definite decision was made to open a chapter in Springfield, MASS.. *

Three people were chosen for this task; Eddie Hernandez was to be the Chapter President. A man who in Bridgeport, Connecticut was known to be one of the most efficient "Enforcers" in Conn., Alex Delgado A.K.A. Lord Grimlock (Grim) who was known to be a politically conscious individual and who was geographically available, due to the fact that at the time he was an On-campus, active "Continuing Education" student at the University of Massachusetts at Amherst (UMASS) and also a former "75Bravo" U.S. Army Soldier. The last, but not least individual was "Nico Rosado" A.K.A. King Shadow, his reputation of organization skills and his talent for complying with complex orders were known to be outstanding- It was settled- Hernandez was the President, Lord Grim was the Vice-

(Cont, History of the Founding of the MA. A.L.K.O.N.)

President and King Shadow became the Chief Enforcer. "J-1 Jesse", a high ranking leader of the Connecticut A.L.K.N. gave the new chapter its official Written Blessing...Enter the Mission.

All went as was expected; until September of '92. The death of Arnaldo "Nardy" Esteras sent major shockwaves into the core leadership of the Springfield Local Crown. (May the deceased Rest in Peace). The media made a public spectacle of the alleged homicide. Hec-Man, King Shadow, Lord Grim and Hugo Morales kept strong under the Pig and Media oppression. In court, it was admitted that a mission was set to give a "Beatdown" to Esteras, but that it was not a unanimous decision to "Execute" Esteras. Under a 99% white, suburban jury, Lord Grim and Hec-Man were given natural life sentences. A sacrifice that some consider worse than death. It is said that someone asked Hec-Man and Lord Grim: Why did you protect a gang? Hec-Man replied "It's not a gang, it is a Nation" and Lord Grim replied "The integrity of the Almighty Latin King Nation is more important than the desires of one individual and besides ... We're King Warriors!!! Nico received a 2nd degree life sentence. "I live a King and die a King," were his most memorable words.

It was thought by the Mass. government that one calamity could keep this righteous nation down ... Impossible! The President, Eddie Hernandez was given federal and state charges for a triple murder and Lord Grim inherited the position. It was then that the Motherland reached Lord Grim and gave him the honor of becoming

the Massachusetts first "State Power of Attorney" awarded via King Manny, Ambassador of Nation Las Coronas in the Motherland, Chi-Town (Chicago). Upon receiving the official verbal Blessing, Lord Grim immediately set upon creating a format, an "architectual blueprint" on how to make a Nation grow while being constantly persecuted by the D.O.C. (Department of Corrections). King Shadow and Hec-Man were an integral part in the thought process of the MA. A.L.K.N. blueprint: Finally a format was agreed upon and all three Brothers agressively set upon the mission given to them. The right brothers were painstakingly chosen, a format was taught to them, and sooner than it was expected through perseverance, trials, tribulations, hope, and determination, the Almighty Latin Kings Organization Nation flourished. From that point onwards, they were recognized as the Founding Fathers of the MA. ALKON.

Being a Founding Father is the hardest position to earn. To achieve such a position, one must go to a state where no official ALKON chapter exists and through mountains of opposition, not only by police but by rival, petty gangs, through trials of persecution, one must stay focused enough to make the right decisions, choose the right leaders, make a successful expansion blueprint and at works end, flourish various Latin King Chapters. It was this that Lord Grim, King Shadow, and King Hec-Man achieved.

This good brothers and sisters is the history of the MA. Founding Fathers and the founding of the Almighty Latin Kings Organization Nation, here in Massachusetts. If you ask any one of the MA. Founding Fathers, Was it worth that much sacrifice, pain, persecution to yourself? I believe they would reply: "The

(Cont, History of the Founding of the MA. A.L.K.O.N.)

needs of the people as a whole is more important than the individual, through the chaos we see a reality where the ALKON is a vanguard revolutionary, representative of the Latino and 3rd World peoples, on this continent. We have offered you the Motherland's King Manifesto Constitution, we have brought to you, organization, and you have accepted it. It is now upon you to achieve the Latino progress for that is the biggest mission yet, and for that mission it takes alot more than three founding fathers. It takes a nation of hundreds of thousands, of millions. It takes you, Latin King, you Latin Queen, who reads this to make progress... to make Revolution, to make a sovereign, self-determined nation of liberated peoples ... To achieve Black and gold on both continents through peace by those who welcome us or war by those who oppress us. You have enlisted yourself to a lifetime commitment, not an ignorant criminal minded gang. You are revolutionaries and though the government may call a crime what you call a cause... You are righteous!! So rock on Kings and Queens - Rock on!!!"

I truly believe that is what they would say ... I know ... because my name is ... Lord Grim ... And I am King!

Behold Latin King!!<br>
Behold Latin Queen!!<br>
It's Nation Time!!

* This occurred before the transition from Charter to King Manfesto Constitution

# EXHIBIT 2

Book 4

# THE KING MANIFESTO

**********************

## INDEX

*******

Pg 1 - Def. of Almighty Latin King Nation

Pg 2 - Cont. of Definiton and Explaination

Pg 3 - The Holy Prayer

Pg 4 - Kings and Queens Prayer

Pg 5 - Icona

Pg 6 - Kingism and its stages

I. Primitive
II. Conservative

Pg 7 - III. The New King

Pg 8 Cont, New King

Pg 9 Cont, New King

Pg 10 - The Code of Kingism

Pg 11 - National Emblem

- Sacred Colors
- National Salute

Pg 12 - Nation Flag

Pg 13 - Fearlessness

Pg 14 - The Almighty Eye

Pg 15 - Brown Force

Pg 16 - Nation Men

Pg 17 - King Am I

# THE KING MANIFESTO

************************

## ALMIGHTY LATIN KING NATION

He who knows, and knows that he knows, is a wise man,
Listen to him!

He who knows, and does not know that he knows is asleep,
Wake him up!

He who does not know, and knows that he does not know,
Wants to learn ... Teach him!

He who does not know, and does not know that he does
Not know, is a fool ... Avoid him!

Confucian

```
A L M I G H T Y   L A T I N   K I N G S   N A T I O N
  O E N R A O A   A M R L A   N N O L T   A L O N N U
  V A   E R W H   T E I L T   O D B O R   T L G   E C
  E S   A M A W   I R B U U   W E I W E   U I E     L
    U   T O R E   N I E M R   L S L I N   R E T     E
    R     N D H     C   I A   E T I N G   A S H     U
    E     Y S       A   N L   D R T G T   L   E     S
    D               N   A     G U Y   H       R
                        T     E C
                        I       T
                        N       I
                        G       B
                                L
                                E
```

A LOVE MEASURED IN GREAT HARMONY TOWARDS YAHWEH
LATIN AMERICAN TRIBE ILLUMINATING NATURAL
KNOWLEDGE, INDESTRUCTIBLE NOBILITY and GLOWING STRENGTH
NATURAL ALLIES TOGETHER IN ONE NUCLEUS

THE KING MANIFESTO
**********************

ALMIGHTY LATIN KING NATION

The Almighty Latin King Nation is a religion which gives us faith in ourselves, a national self-respect, power to educate the poor and relieve the misery around us.

It is the Brotherhood of man, blending like the waves of one ocean, shining as the Sun, one soul in many bodies bearing fruit of the same tree.

It creates in us a thirst like the heat of the earth on fire, a thirst for knowledge, wisdom, strength, unity and freedom.

It is the Sun glowing in the essence of our being, the brightness in our eues that cast reflections of its rays spitting fire in all directions.

It is the unshakable spirit and the nobleness of our hearts, the limitless power of the mind, the unrelentless will to be free.

It is pride, ambition, love, sacrifice, honor, obedience and righteousness, all our powers and all our desires thrown into the mission of human service and united into one Single Gold Sun.

If you want to find Yahweh, serve the Almighty Latin King Nation. Put on the Gold Sun - Black and Gold colors, place your right fist upon your heart and pledge devotion to the Almighty Latin King Nation, to Yahweh and all oppressed people. This is the Nation of Kingism...

BEHOLD KING LOVE!

THE KING MANIFESTO
**********************

HOLY PRAYER

Almighty Father, King of Kings, Maker of the Universe and Foundation of Life, bring peace to our souls, those present, to those not present, to the young and to the old.

As an Almighty Latin King Nation under one Sun protected by thine love and guidance, we bring our right fist upon our heart for sincerity, love, wisdom, strength, knowledge and understanding. Three hundred and sixty degrees of Strong King Wisdom.

Illuminate our minds and our hearts. Guide our thoughts with thine righteousness. Guide and protect the thoughts of our Coronas and all those holy and righteous lovers and followers of our beloved family and tribe - the Almighty Latin King Nation.

Let the manifestation of our departed Brothers and Sisters be the path to thee and let it be as it was in the beginning - Strong King Wisdom on both continents, Peace in Black and Gold.

King Love! Yesterday, Today, Tomorrow, Always And Forever

# THE KING MANIFESTO
**********************

## KINGS AND QUEENS PRAYER

Oh King of the Universe, Supreme maker of all things, We, the Almighty Latin King and Queen Nation ask you, Almighty King, to bring peace to our souls; bring peace to those of our Brothers and Sisters who have died in our cause. As an Almight Nation under the Sun, protected by you love and guidance, we bring our right fist upon our hearts for love, honor, obedience, sacrifice and righteousness.

We ask you, Almighty King, to bless our departed Brothers and Sisters, members of our beloved and mighty Nation, who on this very day rest in the bosom of your sanctuary. May they rest in your care and may they have found the peace and freedom they sought. In our critical moments, bring us comfort and guide us through those days of confusion and oppression. May the blessings of the ancients and the wisdom of the ages guide us and keep our Nation strong as we battle the forces that seek to deny us.

We, the Almighty Latin King and Queen Nation, are entrusted with a divine mission, one that transcends personal gains and recognition. As Kings and Queens, we pledge ourselves ever faithful to that mission. Make us all aware that others look to us for guidance, and let us always prove ourselves worthy of providing it. For,

though, we are of different Nationalities, we all share the same cultures of our ancient ancestors, whose every word is law throughout the world. It is our destiny to lead rather than be led.

We, the Almighty Latin King and Queen Nation, have the blood of royalty in our veins. We are the guiding light of our People. Place wisdom in our minds, love in our hearts, and fortitude to withstand the trials of time. Guide and protect our Coronas, so that they may lead us to our ultimate goal - the awakening of our People to their oppressed state, so that they may lift our heritage to its rightful place among the thrones of Kings and Queens.

LET THE MANIFESTATION OF OUR SACRIFICED BROTHERS AND SISTERS BE THE PATH TO THEE, AND LET IT BE AS IT WAS IN THE BEGINNING:

STRONG KING AND QUEEN WISDOM-PEACE IN BLACK & GOLD...

THE KING MANIFESTO
**********************

ICONA

The history of all hitherto existing gang feuds is the History of label struggles for the sake of "click" recognition. It is this egotistical force for recognition which leads to rivalry and senseless disputes which often cost the high price of human life. The life of our People, the oppressed Third World People.

With the intentions of changing this social and oppressive phenomenon, the King Manifesto is written to serve as a guide and to enlighten our deplorable conditions under the existing order of things. With this thought in mind, we proceed to create the New King, the Moral King, the King of Others, the lover of men and the Turning Wheel of Change.

Devoting your life to the principles of Kingism implies a life of service to your fellow man. We can be of service in no other way. If you turn your back on your Brother, simply, because of a label, you are turning your back on the Almighty Latin King Nation.

One who does not know the Almighty Latin King Nation and its Laws is like a plant growing in the shade. Although it knows not the Sun, it is nevertheless absolutely dependent upon it.

The Nation is in your hands. If you turn your back on the Nation, you are denying yourself the sole purpose of you existence - the right to be free!

BEHOLD LATIN KING!

# THE KING MANIFESTO
**********************

## KINGISM

Kingism is the doctrine of the Almighty Latin King Nation. There are three stages or cycles of Nation life that constitutes Kingism. They are:

PRIMITIVE STAGE
CONSERVATIVE STAGE
THE NEW KING STAGE

In order for one to grasp a good understanding of each stage and its development, one must understand and consider the social factors surrounding each stage.

I. THE PRIMITIVE STAGE is that stage in life where the King Warrior acts on impulse, executing his actions without giving them the serious thought that they demand. A stage of immaturity where the King Warrior's time is spent "gang-bangin", getting high and being recognized as big and bad.

This can also be classified as the wasteful stage to a certain extent; to the extent that what is being done is being done unconsciously. Yet, it is not wasteful in the sense, that the environment conditions this type of behavior, in order for one to survive the hardships of ghetto life - that undesireable level at the lowest plane of social existence, it is wasteful in that energy is being misused. There are no objectives for one's actions, except for the factual phenomenom that the entire affair is centered around recognition, label recognition and personal recognition. This egotistical tendency often leads to a blind alley.

Regardless of how senseless one's actions may seem at this level, this is the original stage of Kingism and from the roots of the Primitive stage emerges the second stage. It is at this level, where one either breaks or becomes strong. True lovers of the Nation develop at this stage.

II. THE CONSERVATIVE STAGE (also known as Mummy stage) is the stage of so-called maturity. At this level, the King Warrior becomes tired of the Primitive Stage. He no longer wishes to participate in the senseless routine of gang fighting, hanging on the corner or being recognized as big and bad. Most often, at this level, the King Warrior gets married and retires, alienating himself from the boys and the Nation, concentrating his energies and devotion to his Queen, his children and his responsibility to them; ignoring the fact that he has unconsciously been neglecting his main responsibility to them and himself, i.e., to make himself and his loved ones free!

THE KING MANIFESTO
*************************

(Cont, Conservative Stage)

It is inappropriate to call this stage the Maturity Stage, due to the fact that the King Warrior, at this time, does not really become mature, in the true sense of maturity. Instead, he becomes mummified or reaches a level of mummified maturity. He, in his conservative role, lives with no future, accepting life as it has been taught to him by the existing system that exploits all People of color - dehumanizes them and maintains them under the economic and social yoke of slavery.

True members of the Nation do not quit at this level, they do not cease to identify themselves with the Kings, instead they alienate themselves from them. They do not cease to be who they are. They conserve what they are; they become conservative. There are more Kings at this level, than at any other level. And, although, this stage has all the characteristics of a regressive stage, it is really the stepping stone into the third stage of Kingism - the New King Stage.

III. THE NEW KING STAGE is the stage of awareness and decision. The Primitive and Conservative stages are a compliment to the third. They go hand-in-hand with this stage of maturity. It does not keep the King Warrior in the limbo state of being i.e., the mummy like stage. At this level there is a stage of awareness, an awareness of one's self as a subject of decision.

Under the New King stage, the world takes a completely new form. One no longer continues to visualize the street corner as his turf or being tough as a man of survival as in the Primitive Stage, nor does he remain in the mummy stage. Instead, he learns to appreciate the values of organizational work, the values of life and of Brotherhood. One no longer views the rival warrior as the cause of one's ills, instead his vision broadens to the extent of recognizing himself as a subject of decision. He learns that his ills lie at the roots of a system completely alien to his train of thought and his natural development due to the components of dehumanization that exist therein.

This stage is what determines righteusness, for it is at this stage where awareness leads to the point of decision, that point where one must decide one's future. This is where he either becomes an accomplice to that anti-King system or a subject of decision - A New King!!

The New King recognizes that the time for revolution is at hand. Yes, revolution - a revolution of the mind! The revolution of knowledge! A revolution that will bring freedom to the enslaved, to all Third World People, as we together sing and praise with joy, what time it is- it's Nation time!

THE KING MANIFESTO
************************

(Cont, New King Stage)

Time for all oppressed People of the world to unite. The young warriors and future leaders look at the New King with the hope of someday being free. We shall not destroy the faith they have in us, for in doing so, we destroy ourselves.

The New King is the end product of complete awareness, preceiving three hundred and sixty degess of enlightment. He strives for world unity. For him, there are no horizons between races, sexes and senseless labels. For him, everything has meaning, human life is placed above materialistic values. He throws himself completely into the battlefield, ready to sacrifice his life, for the ones he loves, for the sake of humanization.

The New King is endowed with the supreme natura. powers that surpass the human scope of comprehension. These highly complexed, energical entities separate him from the abstract world and all those who surrender themselves to vanity and idleness and place materialistic values above and beyond human principle.

The New King sees himself as a subject of decision, a Sun that must glow forever to enlighten those not so fortunate as he. He feels the rays of the Sun glowing in the essence of his being, giving him life, energy and strength - the strength of his unshakeable spirit and the nobleness of his heart. The hypnotizing profundity of his gaze reflects the limitless power of his mind and the unshakeable will to be FREE.

The New King is the turning wheel of change, he recognized what time it is - It's Nation time! He sees the rulers of our present system lavishing their treasures freely on the means of destruction, then towards that which would promote the happiness of mankind. This strife, discord and bloodshed must cease and all oppressed People must unite as one Nation, as one kindred, as one family.

The New King is aware of the fact that in the Almighty Latin KIng Nation, all are servants, Brothers and Sisters - natural allies, together in one nucleus. As soon as one feels a little better than the other, a little superior to the rest, he is in a dangerous position and unless, he casts away the seed of such evil thought, he is not an instrument for the service of the Nation. Just as calamity is due for disobedience, so deliverance from calamity can be obtained from obedience. Turning from the Nation brings inevitable disaster and turning to the Nation brings blessings.

In order to establish the Kingdom of freedom in the world, it must first be established in the hearts of men. The King that lives his life according to the teachings of this Nation is the True King.