UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**     )<br>                                 )<br>     v.                          )   CRIMINAL NO. 04-10045-DPW<br>                                 )<br>**LUIS RAMIREZ, A/K/A**           )<br>   **"KING LITTLE PSYCHO"**       )<br>                                 ) | |

### GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from April 7, 2004 (the originally scheduled date for the Initial Status Conference, which was subsequently re-scheduled to April 14, 2004) to and including June 15, 2004 (the date of the Final Status conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial.  The defendant, through counsel, assents to this request.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By: _____
                        PETER K. LEVITT
                        Assistant U.S. Attorney

April 14, 2004

<u>CERTIFICATE OF SERVICE</u>

    I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served by mail on Benjamin Entine, counsel for the defendant, on April 14, 2004.

_____
PETER K. LEVITT
ASSISTANT UNITED STATES ATTORNEY