<u>UNITED STATES DISTRICT COURT</u>

CRIMINAL NO. 04-10045-DPW

UNITED STATES OF AMERICA

v.

LOUIS RAMIREZ

<u>STATUS REPORT</u>

NOW COMES the defendant, Louis Ramirez, by counsel and advises the Court that the defendant has been released from state custody and U.S. Marshals have taken him into federal custody.

Defendant agrees to temporary order of custody without prejudice for its renewal at a subsequent time.

Respectfully submitted,

Benjamin D. Entine, Esq.
77 Franklin Street
Boston, MA 02110
(617) 357-0770
BBO# 558533

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the Assistant United States Attorney Peter K. Levitt.

Date: 4/27/04

Benjamin D. Entine, Esq.

**THE LAW OFFICES OF BENJAMIN D. ENTINE**
J.D., Ph.D.
77 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110

TEL: 617-357-0770                                           FAX: 617-357-1612

April 27, 2004

Clerk's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, 2nd Floor
Boston, MA 02210

RE: **United States v. Louis Ramirez**
    **Criminal No. 04-10045-DPW**

Dear Sir or Madam:

Please file the enclosed Status Report in the above-mentioned case.

If you have any questions please call.

Yours truly,

*Kathleen Lestan*
Kathleen Lestan
Legal Assistant for
Benjamin D. Entine, Esq.

c.c. Peter K. Levitt, Assistant United States Attorney