UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LUIS RAMIREZ, A/K/A )<br>   "KING LITTLE PSYCHO" )<br>) | CRIMINAL NO. 04-10045-DPW |

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from June 18, 2004 (the date of the Final Status Conference), to and including June 29, 2004 (the date of the detention hearing) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial. The defendant, through counsel, assents to this request.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

              By: /s Peter K. Levitt
                    PETER K. LEVITT
                    Assistant U.S. Attorney

June 18, 2004

CERTIFICATE OF SERVICE

    I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served by facsimile on Benjamin Entine, counsel for the defendant, on June 18, 2004.

 

_____
PETER K. LEVITT
ASSISTANT UNITED STATES ATTORNEY