UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                )
UNITED STATES OF AMERICA        )
                                )
          v.                    )  CRIMINAL NO. 04-10045-DPW
                                )
LUIS RAMIREZ, A/K/A             )
   "KING LITTLE PSYCHO"         )
                                )
```

INFORMATION

COUNT ONE:     (Title 21, United States Code, Section 851 --
               Notice of Prior Conviction)

The United States Attorney Charges that:

   1.  On or about August 29, 2001, LUIS RAMIREZ was convicted in the Lawrence District Court (Dkt. # 0018 CR 4544) of possession with intent to distribute a Class B substance in violation of of the Controlled Substance Act.

   2. LUIS RAMIREZ, has been named as a defendant in an Indictment numbered 04-10045-DPW, charging him with conspiracy to distribute cocaine base, a/k/a/ "crack cocaine", and cocaine, and distribution of cocaine base and cocaine.

   3.  By way of this information, the government notifies LUIS RAMIREZ that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN,

                                        United States Attorney

                          BY:    /s Peter K. Levitt
                                   PETER K. LEVITT
                                   Assistant U.S. Attorney

Dated: June 18, 2004

CERTIFICATE OF SERVICE

    I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served by facsimile on Benjamin Entine, counsel for the defendant, on June 18, 2004.


                                    /s Peter K. Levitt
                                    PETER K. LEVITT
                                    ASSISTANT UNITED STATES ATTORNEY