✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
| V. | |
| LUIS RAMIREZ | Case Number: 04-10045-DPW |

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>PETER LEVITT | DEFENDANT'S ATTORNEY<br>BENJAMIN ENTINE |
|---|---|---|
| TRIAL DATE (S)<br>6/29/04 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/29/04 | | | SPC. AGENT JEFFREY WOOD |
| 1 | | 6/29/04 | X | X | AFFIDAVIT |
| 2 | | 6/29/04 | X | X | SUMMARY CHART |
| 3 | | 6/29/04 | X | X | VIDEO TAPE dtd. 5/2/03 |
| 4 | | 6/29/04 | X | X | VIDEO TAPE dtd. 5/7/03 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages