UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.             ) | CRIMINAL NO. 04-10045-DPW |
| ) | |
| **LUIS RAMIREZ, A/K/A**   ) | |
|   **"KING LITTLE PSYCHO"**    ) | |
| ) | |

### GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from June 30, 2004 (the date of the originally scheduled Initial Pre-Trial Conference), to and including August 5, 2004 (the date of the re-scheduled Initial Pre-Trial Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial.  The defendant, through counsel, assents to this request.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By: /s Peter K. Levitt
                              PETER K. LEVITT
                              Assistant U.S. Attorney

June 30, 2004

CERTIFICATE OF SERVICE

    I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served by facsimile on Benjamin Entine, counsel for the defendant, on June 30, 2004.

                               /s Peter K. Levitt
                               PETER K. LEVITT
                               ASSISTANT UNITED STATES ATTORNEY