## UNITED STATES DISTRICT COURT

CRIMINAL NO: 04-10045-DPW

UNITED STATES OF AMERICA

v.

LOUIS RAMERIZ

## MOTION FOR FUNDS FOR EXPERT SERVICES

NOW COMES the Defendant, Louis Rameriz, by counsel and moves the Court for Funds in the amount of $1,500.00 for psychiatric evaluation to determine responsibility at the time of the offense or alternatively, as an aid at trial or in sentencing.

A psychiatric evaluation is necessary to determine defendant's psychological and/or intellect capacity. Counsel additionally anticipates the necessity of a written report of examination, consultation with counsel and possible testimony by the psychologist.

WHEREFORE defendant requests funds in the amount of $1,500.00 for expert services, for a psychiatric evaluation, consultation, report and possible testimony by the expert psychologist.

Respectfully submitted,

August 9, 2004        /s/ Benjamin D. Entine, Esq.
                      77 Franklin Street
                      Third Floor
                      Boston, MA 02110
                      Tel: 617-357-0770
                      BBO# 558553

Case 1:04-cr-10045-DPW    Document 23    Filed 08/09/2004    Page 2 of 2