<u>**UNITED STATES DISTRICT COURT**</u>

CRIMINAL NO: 04-10045-DPW

UNITED STATES OF AMERICA

v.

LOUIS RAMERIZ

<u>**MOTION FOR FUNDS FOR INTERPRETIVE SERVICES**</u>

NOW COMES the defendant, Louis Rameriz, by counsel, and requests this Honorable Court for funds in the amount of $500.00 for interpretive services in order to translate 5 CDs and 1 audio cassette of taped recordings. A Spanish interpreter is necessary because these recordings are in Spanish and in order to assist the defendant in this case it is necessary to translate these taped recordings. If necessary a transcript will be prepared of certain conversations.

WHEREFORE the defendant, by counsel requests this Honorable Court for funds in the amount of $500.00 for Interpretive services.

Respectfully submitted,

August 9, 2004

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
3rd Floor
Boston, MA 02110
Tel: 617-357-0770
BBO# 558533