<u>**UNITED STATES DISTRICT COURT**</u>

CRIMINAL NO: 04-10045-DPW

UNITED STATES OF AMERICA

v.

LOUIS RAMERIZ

<u>**MOTION FOR COMPETENCY HEARING**</u>

The defendant, Louis Rameriz, aka, Little King Psycho, by counsel, moves the Court for a competency hearing and determination. Counsel submits that the defendant does not have "…a rational as well as factual understanding of the proceedings against him". The defendant cannot otherwise effectively assist counsel in the preparation of his defense.

The defendant has been examined by Dr. Paul Spiers, Ph.D. Clinical Psychologist and Neuropsychologist for purposes of determining competency to stand trial. Dr Spiers' report has been filed separately. It further confirms the difficulty counsel has had in communication with the defendant, attempting to explain to him aspects of the legal proceedings and defendant's inability to comprehend the same and assist counsel in the preparation of his defense.

For the aforementioned reasons counsel moves for a competency hearing and determination.

|  |  |
|---|---|
|  | Respectfully submitted, |
| September 10, 2004 | /s/ Benjamin D. Entine, Esq.<br>77 Franklin Street, 3rd Floor<br>Boston, MA 02110<br>617-357-0770<br>BBO# 558533 |