UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10045-DPW |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| LUIS RAMIREZ, | ) | 21 U.S.C. § 846-- |
| A/K/A "KING LITTLE PSYCHO" | ) | Conspiracy To Distribute |
| Defendant | ) | Cocaine Base |
| | ) | |
| | ) | 21 U.S.C. § 841(a-- |
| | ) | Distribution Of Cocaine |
| | ) | Base |
| | ) | |
| | ) | 21 U.S.C. § 841(a-- |
| | ) | Distribution Of Cocaine |
| | ) | |
| | ) | 18 U.S.C. § 2-- |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853-- |
| | ) | Criminal Forfeiture |
| | ) | Allegation |

## SUPERSEDING INDICTMENT

COUNT ONE:   (21 U.S.C. § 846--Conspiracy to Distribute Cocaine Base and Cocaine)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by on or about May 2, 2003, and continuing thereafter until at least May 7, 2003, at Lawrence and elsewhere in the District of Massachusetts,

**LUIS RAMIREZ, A/K/A "KING LITTLE PSYCHO"**,

the defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with persons unknown to the Grand Jury, to possess with intent to distribute, and to

distribute, cocaine base, also known as "crack cocaine," and cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:        (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine)

The Grand Jury further charges that:

On or about May 2, 2003, at Lawrence, in the District of Massachusetts,

**LUIS RAMIREZ, AKA "KING LITTLE PSYCHO"**,

the defendant herein, knowingly and intentionally distributed cocaine, a Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**:    (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine
                     Base; 18 U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about May 7, 2003, at Lawrence, in the District of Massachusetts,

**LUIS RAMIREZ, AKA "KING LITTLE PSYCHO"**,

the defendant herein, knowingly and intentionally possessed with intent to distribute, and distributed, cocaine base, also known as "crack," a Schedule I controlled substances.

The Grand Jury further alleges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1. The defendant is accountable for at least 5 grams, but less than 20 grams, of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, U.S.S.G. §2D1.1(c)(7) applies to the defendant.

2. At the time he committed the offenses charged in this Superseding Indictment, the defendant was at least eighteen years old and had two or more prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. §§ 4B1.1 & 4B1.2 apply to the defendant.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 3 of this Indictment,

**LUIS RAMIREZ, AKA "KING LITTLE PSYCHO"**,

the defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
PETER K. LEVITT
ASSISTANT U.S. ATTORNEYS

DISTRICT OF MASSACHUSETTS; _Sept 24_, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

9/22/04 @ 12:03 pm

-8-

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** FBI

**City** Lawrence    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf.  X    Case No. 04-10045-DPW
Same Defendant  X    New Defendant
Magistrate Judge Case Number
Search Warrant Case Number   2004R00175
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   LUIS RAMIREZ    Juvenile:  ☐ Yes   X No

Alias Name   KING LITTLE PSYCHO

Address   71 NEWBURY STREET, LAWRENCE, MA

Birthdate: 1979    SS # 000 00 4214    Sex: MALE   Race: Hispanic    Nationalit US

**Defense Counsel if known:**   Ben Entine    Address

Bar Number

**U.S. Attorney Information:**

AUSA   Peter K. Levitt ; John A. Wortmann, Jr.    Bar Number if applicable   565761 AND 534860

**Interpreter:**   X Yes   No    List language and/or dialect:

**Matter to be SEALED:**   X Yes   No

☐ Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date 2/19/04

X  Already in Federal Custody as of _____ in Middleton
☐ Already in State Custody at ~~Serving Sentence~~    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   X Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

X   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/23/04    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Luis Ramirez, aka King Little Psycho

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONS. DIST. COCAINE AND COCAINE BASE | 1 |
| Set 2 | 21 USC 841(a) | DISTRIBUTION OF COCAINE | 2 |
| Set 3 | 21 USC 841(a) | DISTRIBUTION OF COCAINE BASE | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____