

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

December 20, 2004

P.O. Box 880
Ayer, MA 01432

The Honorable Douglas P. Woodlock
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE:   RAMIREZ, Luis
      Reg. No.: 25123-038
      Crim. No.: 04-10045-DPW

Dear Judge Woodlock:

This letter is to inform you that the above-named defendant arrived at this institution on December 16, 2004. He has been designated for the purpose of completing a forensic evaluation pursuant to your order of December 1, 2004.

We expect to complete the study by January 14, 2005. At that time, the United States Marshals Service will be notified that the study is complete and the defendant may be transported back to court. The Court may expect a final copy of the forensic evaluation within three weeks of that notification.

The forensic psychologist assigned to this study is Dr. Christine Scronce. We have requested all relevant records on the case from both attorneys.

Please feel free to contact Dr. Scronce at (978) 796-1000, extension 1421, should you need more information.

Sincerely,


David L. Winn
Warden