```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) CRIMINAL NO. 04-10045-DPW |
|  | ) |
| LUIS RAMIREZ, A/K/A | ) |
| "KING LITTLE PSYCHO", | ) |
| Defendant. | ) |

## STATUS REPORT

The government submits this status report in anticipation of the status conference scheduled for April 29, 2005. Counsel for the defendant, Benjamin Entine, has advised the undersigned that his client intends to change his plea to guilty and has requested a plea agreement. The undersigned will be providing the defendant with a draft plea agreement in the next few days. The government requests that the Court schedule a Rule 11 hearing in approximately 2 weeks.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney,

By:     /s/ PETER K. LEVITT
        PETER K. LEVITT
        Assistant U.S. Attorney
        One Courthouse Way
        Boston, MA
        (617) 748-3355

DATED: April 27, 2005