UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
Plaintiff,                       )
                                 ) CRIMINAL NO.
v.                               ) 04-10045-DPW
                                 )
LUIS RAMIREZ,                    )
Defendant.                       )

**ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING**

WOODLOCK, District Judge

   Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **2:30 P.M. ON MAY 12, 2005**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

   The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights.  The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

                                         BY THE COURT,
                                         /s/ Michelle Rynne
 DATE: May 3, 2005                       Deputy Clerk